E-FILED 06/27/2012   JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEVORG KACHAYAN, | ) | No. CV 11-cv-10052-GHK-AGR |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR JOINT STIPULATION OF VOLUNTARY DISMISSAL |
| ERIC HOLDER, Attorney General, *et al.*, | ) | |
| Defendants. | ) | |

## (PROPOSED) ORDER

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE.

June 27, 2012

_____

The Honorable George H. King

United States District Judge